# United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 10-7138**                                    **September Term 2011**

1:07-cv-00418-RJL

**Filed On:** January 27, 2012

Richard Dominguez, On behalf of himself and
all others similarly situated,

      Appellant

      v.

UAL Corporation and United Air Lines, Inc.,

      Appellees


      **BEFORE:**    Henderson, Tatel, and Griffith, Circuit Judges

## O R D E R

Upon consideration of the court's order to show cause filed January 17, 2012, and the responses thereto, it is

**ORDERED** that the order to show cause be discharged. It is

**FURTHER ORDERED** that the sealed opinion filed January 17, 2012, be unsealed. The Clerk is directed to unseal the opinion and release it publicly.

### Per Curiam

                    **FOR THE COURT:**
                    Mark J. Langer, Clerk

       BY:    /s/
                    Jennifer M. Clark
                    Deputy Clerk